■ BARBARA F. SPINDEL, Also Known as B. R. FOX, v NEW YORK TELEPHONE COMPANY et al. — Motion granted only insofar as to grant leave to appeal to the Court of Appeals on condition the appellant stipulate to judgment absolute in the event of affirmance by the Court of Appeals of this court's order. Concur — Kupferman, J. P., Carro, Markewich, Lupiano and Fein, JJ.

■ In the Matter of HEYWARD DOTSON, Appellant, v JAMES F. BASS et al., Respondents, and CURTIS ARLUCK, Respondent. — Judgment, Supreme Court, New York County (Crane, J.), entered on September 16, 1982, unanimously affirmed, without costs and without disbursements, and the stay heretofore granted by Special Term vacated. Leave to appeal to the Court of Appeals is denied. No opinion. Concur — Kupferman, J. P., Ross, Silverman and Asch, JJ.

## (September 21, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NECTOR RAMOS RIOS, Appellant. — Judgment, Supreme Court, New York County (Leff, J.), rendered on August 24, 1979, unanimously modified, on the law, to remand that portion of the verdict of the jury finding defendant-appellant guilty of sodomy, first degree, to the Supreme Court, New York County, for sentence on that count, and otherwise affirmed. After sentencing defendant on the felony murder count, the court, stating that the predicate sodomy count was a lesser included count of felony murder, ruled that no sentence would be imposed on that count. It is not a lesser included count and we remand for sentence (see *People v Santana,* 82 AD2d 784, affd 55 NY2d 673; *People v Gonzalez,* 87 AD2d 783). Concur — Murphy, P. J., Sullivan, Carro, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RIVERA, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on October 20, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Ross, Bloom and Milonas, JJ.

■ KVR REALTIES, INC., v TREASURE STAR, INC., et al. — Motion, insofar as it seeks reargument, denied, and the motion, insofar as it seeks leave to appeal to the Court of Appeals and a stay granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Murphy, P. J., Sandler, Carro, Asch and Milonas, JJ.